# EXHIBIT B



## United States Patent No. 8,621,578– Infringement by Live Nation and Ticket Master.

| The '578 Patent | Exemplary Support |
|---|---|
| 1. A method for generating a completely automated test to tell computers and humans apart comprising: | Live Nation and Ticket Master both utilize ReCaptcha technology to tell computers and humans apart. |
| generating a matrix of non-overlapping randomly selected images in response to an access request of a user, the dynamic graphical arrangement comprising one randomly selected image from a selected image category chosen for an image recognition task and at least one image not from the selected image category, wherein each image is associated with a unique randomly generated access code, wherein the image recognition task comprises an instruction to select one image corresponding to the selected image category from the matrix of non-overlapping randomly selected images; | When a user seeks access to purchase tickets from Live Nation or Ticket Master the user may be presented with a reCaptcha to solve as a precondition to ordering tickets. The reCaptcha may present a matrix of non-overlapping randomly selected images, the dynamic graphical arrangement comprising one randomly selected image from a selected image category chosen for an image recognition task and at least one image not from the selected image category. For example, the image category may be "waffles". |



| The '578 Patent | Exemplary Support |
|---|---|
|  | each image is associated with a unique randomly generated access code, wherein the image recognition task comprises an instruction to select one image corresponding to the selected image category from the matrix of non-overlapping randomly selected images. |



| The '578 Patent | Exemplary Support |
|---|---|
| presenting the dynamic graphical arrangement of randomly selected images to the user and communicating the image recognition task to the user; | ReCaptcha technology used by Live Nation and Ticket Master presents the images to the user and instructs the user to identify the image(s) corresponding to a selected image category i.e. select the image with waffles. |
| receiving an input from the user access device at a server system, the input comprising the unique randomly generated access code associated with the one image from the selected category | The user selection of an image with waffles is received at a server system. The selection corresponds to a unique randomly generated access code associated with the waffle image; |
| the server system comparing the input from the user access device to an authenticating reference code to confirm the user is a human and not a computer; and | The server system compares the selection corresponds to a unique randomly generated access code associated with the waffle image to an authentication reference code to confirm the user is human and not a computer; |
| wherein the matrix comprises at least one image known to belong to the selected image category, at least one image known to not belong to the selected image category and at least one image suspected to belong to the selected image category and wherein the user is still granted access to the website when the input from the user access device comprises selection of the at least one | The matrix of images presented to the user includes at least one image known to belong to the selected category (e.g. a waffle) at least one image known not to belong to the selected image category (e.g. shrimp) and at least one image suspected to belong to the selected category (e.g. a dessert, possibly a waffle). ReCaptcha uses the user input to assist in classifying the suspected images. |



| The '578 Patent | Exemplary Support |
|---|---|
| image known to belong to the selected image category and selection or omission of the at least one image suspected to belong to the selected image category | "Every time our CAPTCHAs are solved, that human effort helps digitize text, annotate images, and build machine learning datasets. This in turn helps preserve books, improve maps, and solve hard AI problems." See https://www.google.com/recaptcha/intro/ |